STATE OF CONNECTICUT *v.* JIMMY R. GARDNER, JR.

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 42 (AC 25487), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided September 13, 2006

STATE OF CONNECTICUT *v.* DAMIAN MALON

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 59 (AC 25960), is denied.

*William B. Westcott,* special public defender, in support of the petition.

Decided September 13, 2006

STATE OF CONNECTICUT *v.* GREGORY GAYMON

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 244 (AC 25981), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Charles F. Willson,* special public defender, in support of the petition.